FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILEAN MILLER, | NO. ED CV 09-1491 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN HAWS, Warden, et. al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/14, 2010.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE